## United States District Court
### Violation Notice

**CVB Location Code:** CC35

**Violation Number:** 0792246
**Officer Name (Print):** ALFREDO CARRILLO
**Officer No:** 282

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

**Date and Time of Offense:** 04/19/09 @ 2200 HRS
**Offense Charged:** ☒ USC   ☐ CFR   ☐ State Code
18 USC 111 (a)

**Place of Offense:** NAVAL BASE VENTURA COUNTY POINT MUGU 1067 ORIOLE DR

**Offense Description:** 18 USC 111 (a) — RESISTING ARREST

---

**DEFENDANT INFORMATION**

**Last Name:** LAWRENCE
**First Name:** NATHAN
**MI:** D

[defendant information redacted]

**VEHICLE DESCRIPTION** — VIN
Tag No | State | Year | Make/Model | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS on back of yellow copy.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS on back of yellow copy.

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: SUBJECT NOT ABLE TO SIGN

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on APRIL 19, 20 09 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE REPORT NUMBER# 09481400170 ATTACHED HERE TO, INCORPORATED BY REFERENCE HEREIN.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04/19/2009 [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy) / U.S. Magistrate Judge

CVB Scan 6/11/2009  16 25 13