FILED
CLERK, U.S. DISTRICT COURT

SEP 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER 0792245 46 |
|---|---|
| v. Nathan Lawrence  DEFENDANT(S). | CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment and sentencing before a United States District Judge.

**I HEREBY: Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.**

Date: 18 SEPT 2009                              _____
                                                                    Defendant

================================================================================

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury before either a United States District Judge or a United States Magistrate Judge.

**I HEREBY: Waive (give up) my right to trial by jury.**

Date: 18 SEPT 2009                              _____
                                                                    Defendant

================================================================================

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial before the Magistrate Judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

Date: 18 SEPT 2009                              _____
                                                                    Defendant

================================================================================

_____                         _____
United States Magistrate Judge                  Defendant's Attorney (if any)

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE

M-71 (6/98)                                                                  Page 1 of 1