# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No. _____  Tape No. _____  Date: _____

Present: The Honorable _____, U.S. Magistrate Judge

_____  _____  _____
*Deputy Clerk*            *Assistant U.S. Attorney*       *Interpreter*

| USA v. _____ | Attorney Present for Defendant: _____ |
| --- | --- |
| ☐ Present  ☐ Custody  ☐ Bond  ☐ Summ | ☐ Present  ☐ CJA  ☐ Retd  ☐ DFPD  ☐ Not present |

## PROCEEDINGS HAD ON VIOLATION NOTICE

☐ Defendant arraigned. Informed of charges and rights.

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

☐ Attorney appointed: _____ ☐ DFPD / ☐ PANEL

☐ Defendant executes a Consent to be Tried by U.S. Magistrate Judge.

☐ Defendant executes Consent to Transfer Petty Offense for Plea and Sentence.

☐ Defendant enters plea of:  ☐ Guilty   ☐ Not Guilty   ☐ Nolo Contendere

☐ Court accepts plea.

☐ Court Orders case continued to _____ at _____ a.m./p.m. in Courtroom _____

for _____

☐ Bail is set at $ _____ P/R. ☐ Defendant released.

☐ Fine imposed (see separate ordere re fine).

☐ On motion of the government, Court orders case dismissed.

☐ Court orders case dismissed.

☐ Court orders defendant participate in Traffic School, complete same by _____

Or appear on _____ before the Honorable _____,

U.S. Magistrate Judge, in Courtroom No. _____.

☐ Other: _____

_____

_____

_____
Deputy Clerk

cc: AUSA
    CVB Clerk

M-2 (08/98)                    **PROCEEDINGS SHEET ON VIOLATION NOTICE**